430    APPELLATE COURTS OF ILLINOIS.

Ribando v. Chicago, Milwaukee and St. P. Ry. Co., 184 Ill. App. 430.

## Guiseppe Ribando, Appellee, v. Chicago, Milwaukee and St. Paul Railway Company, Appellant.

### Gen. No. 18,325.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH H. FITCH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed with finding of facts. Opinion filed December 31, 1913.

### Statement of the Case.

Action by Guiseppe Ribando against Chicago, Milwaukee and St. Paul Railway Company, a corporation, to recover damages for personal injuries sustained by plaintiff by being struck by a switch engine belonging to defendant while plaintiff was working as a track laborer in the employ of another railroad company, the track upon which plaintiff was working being used by defendant's switch engine. From a judgment in favor of plaintiff for $1,999, defendants appeal.

O. W. DYNES and C. S. JEFFERSON, for appellant.

O'SHAUGHNESSY & O'SHAUGHNESSY, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

RAILROADS, § 522*—*when track laborer guilty of contributory negligence.* In an action against a railroad company to recover for personal injuries sustained by plaintiff by being struck by defendant's switch engine while he was employed as a track laborer by another company, a verdict for plaintiff *held* not sustained by the evidence, it appearing that plaintiff was an experienced track laborer, thoroughly familiar with his surroundings, knew of the presence of the switch engine and proceeded with his work on the track with his back toward the engine, taking no precautions for his own safety and relying entirely on his attention being directed by the ringing of the bell on the switch engine.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.